# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 21, 2016

### NO. 03-14-00383-CV

**Roger Bufler and Sandy Bufler, Appellants**

**v.**

**Texas Department of Transportation, Appellee**

**APPEAL FROM 51ST DISTRICT COURT OF COKE COUNTY
BEFORE JUSTICES PURYEAR, BOURLAND, AND SHANNON\*
AFFIRMED -- OPINION BY JUSTICE SHANNON**

This is an appeal from the order signed by the trial court on April 24, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.

\* Before Bob E. Shannon, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).